IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE WEAVER,

    Plaintiff,                      No. CIV S-12-0448 JAM GGH P

    vs.

FRANCIS, et al.,

    Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        Plaintiff, a state prisoner proceeding pro se seeks relief pursuant to 42 U.S.C. § 1983. On March 7, 2012, plaintiff was provided 30 days to file a completed application to proceed in forma pauperis or else it would be recommended that this case be dismissed. That time period has now expired, and plaintiff has not filed a completed in forma pauperis application, paid the filing fee or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within fourteen days after service of the objections.  The parties are
3  advised that failure to file objections within the specified time may waive the right to appeal the
4  District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: May 3, 2012

                                                  /s/ Gregory G. Hollows
                                    UNITED STATES MAGISTRATE JUDGE

8  GGH:AB
   weav0448.fta